# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHARLIE TAYLOR III,**

      **Plaintiff,**

**-vs-**                                                               **Case No. 6:05-cv-1907-Orl-28DAB**

**FRITO LAY, INC.,**

      **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration on Defendant's Notice of Inability to file Case Management Report due to Plaintiff's Failure to Cooperate (Doc. No. 10). Defendant's counsel repeatedly attempted to contact Plaintiff, who is proceeding *pro se*, to no avail. Defendant has received no response from Plaintiff whatsoever. Doc. No. 10. On May 10, 2006, the Court ordered Plaintiff to show cause why sanctions, including the possibility of dismissal, should not be imposed for failure to prosecute and cooperate in filing the Case Management Report. Doc. No. 11. To date, Plaintiff has failed to file a response to the Order to Show Cause. It is respectfully **RECOMMENDED** that the case be dismissed for Plaintiff's failure to prosecute and cooperate in preparation of the Case Management Report.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 29, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Plaintiff Charlie Taylor, III
Courtroom Deputy