**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHARLIE TAYLOR III,**

          **Plaintiff,**

-vs-                                       **Case No. 6:05-cv-1907-Orl-28DAB**

**FRITO LAY, INC.,**

          **Defendant.**

_____

# ORDER

This case is before the Court on Defendant's Notice of Inability to File Case Management Report due to Plaintiff's Failure to Cooperate (Doc. No. 10) filed May 8, 2006 and the Order to Show Cause (Doc. No. 11) filed May 10, 2006. The United States Magistrate Judge has submitted a report recommending that the case be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 28, 2006 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is dismissed for Plaintiff's failure to prosecute and cooperate in preparation of the Case Management Report.

3. All pending motions are **DENIED** as moot.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __2 7__ day of July, 2006.

						_____
						JOHN ANTOON II
						United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party